# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| RODERICK JACKSON | CIVIL ACTION NO. 07-742-P |
| VERSUS | JUDGE HICKS |
| DEPARTMENT OF CORRECTIONS, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is petitioner's motion for reconsideration.

**IT IS ORDERED** that petitioner's motion [Doc. No. 11] is hereby **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 11th day of September, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE